ELIZABETH ISSAIA, Respondent, *v.* RUSSO-ASIATIC BANK,
Appellant, Impleaded with Others. (Appeal No. 2.)

(Argued October 8, 1934; decided October 9, 1934.)

*Borris M. Komar* for motion.
*Maurice Léon* opposed.

Motion denied with leave to renew on argument of appeal.